ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 21 2007
CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO. 3:07-CR-383-P(01) |
| | ) | |
| ANDY ANH DUONG | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**ANDY ANH DUONG**, by consent, under authority of <u>United States v. Dees</u>, 125 F.3d 261 (5th Cir. 1997), has appeared before me pursuant to Fed. R. Crim.P. 11, and has entered a plea of guilty to the Indictment. After cautioning and examining **ANDY ANH DUONG** under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that **ANDY ANH DUONG** be adjudged guilty and have sentence imposed accordingly.

Date: December 21, 2007

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE